| | |
|---|---|
| **ANDY KEJADI ONWUKA,**<br><br>              Petitioner,<br><br>     v.<br><br>**ROB ST. ANDRE,**<br><br>              Respondent. | Case No.  8:22-cv-00287-FWS-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [16][28] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the February 21, 2023, Report and Recommendation of United States Magistrate Judge [79] ("Report and Recommendation").  The Court notes that Petitioner has filed a Response to the Report and Recommendation [81] indicating that Petitioner agrees with and concedes to the Report and Recommendation.

///

///

///

1

IT IS HEREBY ORDERED:

1. Petitioner's Motion to Stay State Sentence and Release Pending Conclusion of Federal Habeas Corpus Petition [16] is denied.
2. Petitioner's Application to Stay and Abey Federal Writ of Habeas Corpus [28] is denied.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Petitioner and counsel for Respondent.

IT IS SO ORDERED.

DATED: March 24, 2023

_____
HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE