UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY KEJADI ONWUKA,<br><br>          Petitioner,<br><br>     v.<br><br>PATWIN HORN,<br><br>          Respondent. | Case No. 8:22-cv-00287-FWS-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 and its accompanying Memorandum and exhibits (collectively, "Petition") and all of the records herein, including the May 30, 2025, Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition is denied, Petitioner's grounds for relief that challenge his conditions of confinement (Grounds 2(e), 8(b), and 13 as enumerated in the Report and Recommendation) are dismissed without prejudice, Petitioner's other grounds for relief are dismissed with prejudice, and Judgment shall be entered accordingly.

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2   Report and Recommendation, and the Judgment herein on Petitioner and counsel for
3   Respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 25, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE