UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY KEJADI ONWUKA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PATWIN HORN,<br><br>　　　　　Respondent. | Case No. 8:22-cv-00287-FWS-JC<br><br>JUDGMENT |

　　Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 is denied, Petitioner's grounds for relief that challenge his conditions of confinement (Grounds 2(e), 8(b), and 13 as enumerated in the Report and Recommendation) are dismissed without prejudice, and Petitioner's other grounds for relief are dismissed with prejudice.

　　IT IS SO ADJUDGED.

DATED:  July 25, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE